Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

July 14, 2021

Ravi Subramanian, Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOSHUA CARL HARROD, <br> Defendant. | NO. CR21-5253 BHS <br><br> INDICTMENT |

The Grand Jury charges that:

## COUNT 1

### (Aggravated Sexual Abuse of a Child)

On a date unknown, but no earlier than October 1, 2017, and no later than April 20, 2018, at Joint Base Lewis-McChord, in the special maritime and territorial jurisdiction of the United States, and within the Western District of Washington, JOSHUA CARL HARROD knowingly engaged in and attempted to engage in a sexual act, that being penetration, however slight, between the penis and vulva, with a female person, Minor Victim (MV), who had not attained the age of 12 years at the time of the sexual acts.

All in violation of Title 18, United States Code, Sections 2241(c), 2246(2)(A), and 7

//

Indictment/Harrod - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## COUNT 2
### (Aggravated Sexual Abuse of a Child)

On a date unknown, but no earlier than October 1, 2017, and no later than April 20, 2018, at Joint Base Lewis-McChord, in the special maritime and territorial jurisdiction of the United States, and within the Western District of Washington, JOSHUA CARL HARROD knowingly engaged in and attempted to engage in a sexual act, that being penetration, however slight, between the penis and the anus, with a female person, Minor Victim (MV), who had not attained the age of 12 years at the time of the sexual acts.

All in violation of Title 18, United States Code, Sections 2241(c), 2246(2)(A), and 7.

## COUNT 3
### (Aggravated Sexual Abuse of a Child)

On a date unknown, but no earlier than October 1, 2017, and no later than April 20, 2018, at Joint Base Lewis-McChord, in the special maritime and territorial jurisdiction of the United States, and within the Western District of Washington, JOSHUA CARL HARROD knowingly engaged in and attempted to engage in a sexual act, that being contact between the mouth and the vulva and anus, with a female person, Minor Victim (MV), who had not attained the age of 12 years at the time of the sexual act.

All in violation of Title 18, United States Code, Sections 2241(c), 2246(2)(B), and 7.

## COUNT 4
### (Aggravated Sexual Abuse of a Child)

On a date unknown, but no earlier than October 1, 2017, and no later than April 20, 2018, at Joint Base Lewis-McChord, in the special maritime and territorial jurisdiction of the United States, and within the Western District of Washington, JOSHUA CARL HARROD knowingly engaged in and attempted to engage in a sexual

act, that being contact between the mouth and the penis, with a female person, Minor Victim (MV), who had not attained the age of 12 years at the time of the sexual act.

All in violation of Title 18, United States Code, Sections 2241(c), 2246(2)(B), and 7.

## COUNT 5
### (Aggravated Sexual Abuse of a Child)

On a date unknown, but no earlier than October 1, 2017, and no later than April 20, 2018, at Joint Base Lewis-McChord, in the special maritime and territorial jurisdiction of the United States, and within the Western District of Washington, JOSHUA CARL HARROD knowingly engaged in and attempted to engage in a sexual act, that being penetration, however slight, of the genital opening of another person, specifically a female person, Minor Victim (MV), who had not attained the age of 12 years at the time of the sexual acts, by a hand and finger, with intent to abuse, humiliate, harass, degrade, arouse, and gratify the sexual desire of any person.

All in violation of Title 18, United States Code, Sections 2241(c), 2246(2)(C), and 7.

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 – 5 of this Indictment are realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of any of the offenses alleged in Counts 1 – 5, the defendant JOSHUA CARL HARROD shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(2) & (3), any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

**Substitute Assets.** If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;

1      d. has been substantially diminished in value; or,
2      e. has been commingled with other property which cannot be divided without
3         difficulty,
4 it is the intent of the United States to seek the forfeiture of any other property of the
5 defendant, up to the value of the above-described forfeitable property, pursuant to Title
6 21, United States Code, Section 853(p).

A TRUE BILL:

*14 July 2021*

DATED:

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

FOREPERSON

_____
TESSA M. GORMAN
Acting United States Attorney

_____
GRADY J. LEUPOLD
Assistant United States Attorney

_____
KRISTINE L. FOERSTER
Assistant United States Attorney