# DEFENDANT STATUS SHEET
(One for each defendant)

## I. CASE STATUS

Name of Defendant: Joshua Carl Harrod

Has defendant had initial appearance in this case?  ☐ Yes  ☑ No

    MJ                     CR

## II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III. ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

    Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

    Defense Attorney's Name and address:

The estimated trial time is  3  days.

(Revised March 2018)