# EXHIBIT A



# POSCH LAW FIRM

8601 Six Forks Road, Suite 400 Raleigh, NC 27615

December 28, 2023

Dear Your Honor,

I first met Josh at Airman Leadership School while stationed at Wright Patterson Air Force Base near and around 2011 in Ohio. Josh and I became good friends while learning to become supervisors for future airman. I spent time with him both professionally and recreationally. I have known Josh for approximately 10 years and we have talked regularly over this period.

Since the time I have known Josh, he has been an upstanding person and has strived to help others in any community he enters. Josh has always cared about his family and friends. Josh has always been supportive of others and has always looked to maintain his service to our country. Josh has always been willing to help people and encourage others to act with future endeavors in mind.

Since talking to Josh, I have seen and heard a sense of depression and hardship after this ordeal. I have noticed an increase in depression and sadness. However, Josh still has hope and has clearly indicated his interest in the justice system as a paralegal. I hope you can keep Josh's hope alive and take leniency and compassion on him during his sentencing.

If you have any questions or concerns, please feel free to contact me directly.

Respectfully,

By: /s/ *Gregory A. Posch*
Posch Law Firm
P.O. Box 99418
Raleigh, NC 27624

1

EXHIBIT A